IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00712-M-KS

| | |
|---|---|
| **BOX ELECTRIC COMPANY,** </br></br> Plaintiff, </br></br> v. </br></br> **COADVANTAGE CORPORATION,** </br></br> Defendant. | **ORDER GRANTING SECOND JOINT MOTION TO STAY CASE AND EXTEND DATE FOR RESPONSIVE PLEADING** |

This case comes before the Court on the Parties' Joint Motion to Stay Case and Extend Date for a Responsive Pleading dated March 27, 2025. Good cause having been shown, it is hereby ORDERED that the case is stayed and the date for Defendant to file a responsive pleading is extended up to and including **May 27, 2025**. This stay shall not affect Plaintiff's right to file an amended complaint in accordance with Rule 15 of the Federal Rules of Civil Procedure.

SO ORDERED this the 2nd day of April 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge