IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-712-M-KS

| | |
|---|---|
| **BOX ELECTRIC COMPANY**, | ) |
| Plaintiff, | ) **ORDER GRANTING THIRD JOINT** |
| | ) **MOTION TO STAY CASE AND** |
| v. | ) **EXTEND DATE FOR RESPONSIVE** |
| | ) **PLEADING** |
| **COADVANTAGE CORPORATION**, | ) |
| Defendant. | ) |

This case comes before the Court on the Parties' Third Joint Motion to Stay Case and Extend Date for a Responsive Pleading dated May 27, 2025. Good cause having been shown, it is hereby ORDERED that the case is stayed and the date for Defendant to file a responsive pleading is extended up to and including **June 17, 2025**. This stay shall not affect Plaintiff's right to file an amended complaint in accordance with Rule 15 of the Federal Rules of Civil Procedure.

SO ORDERED this the 28th day of May 2025.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge